UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH J. DOMILISE, JR. | CIVIL ACTION |
| VERSUS | NO. 06-9601 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "N" (1) |

## ORDER AND REASONS

Plaintiff, Kenneth J. Domilise, Jr. ("Domilise"), has moved to remand this matter back to Civil District Court for the Parish of Orleans, on grounds that the requisite jurisdictional amount in controversy does not exceed $75,000.00. For the reasons stated herein, plaintiff's motion is **GRANTED**.

The Court finds the motion to have merit, for the reasons substantially stated in *Green v. State Farm Fire & Casualty Insurance Co.,* 2006 WL 3759574 (E.D. La. 2006). The Court notes that, in ¶ 20 of the plaintiff's Original Petition filed in state court, he states: "Ken Domilise stipulates his damages are less than $75,000.00 exclusive of interest and costs."[1] Moreover, attached to the Motion to Remand is an Affidavit of Domilise, wherein he states that "His total damages, exclusive of interest and costs, do not exceed $75,000.00", and that "He does not seek and

---

[1] See also ¶ 18, which suggests that Domilise's damages "do not total $75,000.00", but do not offer a stipulation to such fact.

1

will not execute any judgment returned with loss of $75,000.00 against State Farm Fire and Casualty Company." The Court finds these statements made under oath in the Affidavit, along with the stipulation set forth in the original Petition, to be sufficient to defeat this Court's jurisdiction purportedly based upon 28 U.S.C. § 1332. Regardless of what theories of recovery are asserted by Domilise, and regardless of what the policy limits are on any policy upon which he relies, Domilise is legally precluded from recovering any sums exceeding $75,000.00, by virtue of the judicial confession and binding stipulation set forth in the Petition and Affidavit.

Therefore, the Court finds the Motion to Remand to have merit, and it is hereby **GRANTED**.[2]

New Orleans, Louisiana, this __14th__ day of February, 2007.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

---

[2] Movant does not seek attorneys fees and costs incurred in connection with the Motion to Remand, and this Court, in its discretion, declines to award any such fees and costs.